UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF NEW YORK  
COUNTY  
ATTORNEY(S)  PH:

Index Number: 6:12-CV-1413 (TJM/TWD)  
Date Filed: 9/14/2012  
Court/Return Date:

United States of America c/o Gary Valerino

*Plaintiff(s)/Petitioner(s)*

vs

Dawn Hill

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF ONEIDA, SS.:

## AFFIDAVIT OF SERVICE

__Dylan M. Lupia__ , being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **October 15, 2012**, at **4:09 pm** at **108 Roosevelt Dr.., Utica, NY 13502**, Deponent served the within **Summons in a Civil Action, Complaint, Exhibits**

On: **Dawn Hill**, Defendant therein named.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☐ **#5 MAILING**
On  , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Female    Color of skin: White    Color of hair: Brown    Age: 55-60 Yrs.
Height: 5'3"    Weight: 150 Lbs.    Other Features: Glasses

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on October 16, 2012

James C.L. Doolittle, Jr.  
No. 01D06100321  
Appointed in Oneida County  
My Commission Expires October 14, 2015

Patricia A. Lupia  
No. 5006371, Appointed in Oneida County  
My Commission Expires December 28, 2014

Process Server, Please Sign  
Dylan M. Lupia

Job #: 1212451  
Client's File No.: